UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

-vs.- : 3:CR-14- 244

DEVON WILLIAMS, :
    Defendant

INDICTMENT

FILED
SCRANTON
SEP 2 3 2014
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

## Count 1

On or about January 6, 2014, in Monroe County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**DEVON WILLIAMS,**

knowingly and willfully caused to be delivered by the Postal Service according to the directions thereon a communication, dated January 6, 2014, addressed to a Common Pleas Court Judge, Monroe County Courthouse, 7th & Monroe Streets, Stroudsburg, PA 18360, and

containing a threat to injure and kill a Common Pleas Court Judge.

In violation of Title 18, United States Code, Section 876(c).

DATE: 9-23-14

███████████████
GRAND JURY FOREPERSON

*Peter J. Smith* FPS.
PETER J. SMITH
United States Attorney